**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 11-6281**

───────────

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

      v.

ANTHONY WENDELL BRIM,

                Defendant – Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (4:06-cr-00009-jlk-4)

───────────

Submitted: April 20, 2011           Decided: May 5, 2011

───────────

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Anthony Wendell Brim, Appellant Pro Se. Craig Jon Jacobsen, I, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Wendell Brim appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Brim, No. 4:06-cr-00009-jlk-4 (W.D. Va. Feb. 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED